# EXHIBIT 5

**Exhibit 5: Infringement of U.S. Patent No. 9,406,485**

| Exemplary Claim 1 | Accused Products |
|---|---|
| 1. An apparatus for producing a low-temperature, atmospheric pressure plasma, comprising: | Defendants make, use (such as through testing and other means), market and offer to sell, sell, and/or import the Accused Products, and/or export for combination components of the Accused Products, all built with the same or substantially similar atmospheric plasma technology, including a plasma source structure, which comprises an apparatus for producing a low-temperature (*e.g.*, "Cool gas (<100 °C)"), atmospheric pressure ("Room Ambient") plasma.  Materials provided by Defendants on their websites show the claimed apparatus:<br><br>*See, e.g.*, https://set-na.com/ontosis-oem/; *see also* https://set-na.com/ontos-clean/; https://ontosplasma.com/atmospheric-plasma/:<br><br> |

| Exemplary Claim 1 | Accused Products |
|---|---|
| |  |

4935-7543-9001.v4

| Exemplary Claim 1 | Accused Products |
|---|---|
| a housing having an inlet for gas flow comprising argon or helium and one or more molecular gases, an outlet for plasma comprising reactive neutral species, and a flow path within the housing for directing the gas flow to become laminar; | The Accused Products comprise the plasma source structure that includes a housing with an inlet for gas flow input (*e.g.*, "Gas Flow Chamber"), an internal plasma-generation region (*e.g.*, "Contained Plasma Zone") to generate plasma, and an outlet (*e.g.*, "Aperture") for plasma.  Gas flow at atmospheric pressure (*e.g.*, "Room Ambient") is introduced through the inlet (*e.g.*, "Process Gas In" / "Gas In").  The gas flow includes helium or argon as the carrier gas.  The gas flow moves along the plasma-generation region passing between the RF electrode and ground electrode as a "laminar flow."  Plasma is generated that includes highly-energetic species (ions and hot electrons) and chemically active radicals.  The plasma flowing out of the plasma-generation region through the outlet comprises the "stream of neutral but highly reactive radicals," including atoms of hydrogen, oxygen, nitrogen, or others.  The plasma exits the outlet (*e.g.*, "aperture") comprising the neutral reactive radicals.<br><br>*See, e.g.*, https://set-na.com/ontosis-oem/; *see also* https://set-na.com/ontos-clean/; https://ontosplasma.com/atmospheric-plasma/:<br>    Our atmospheric plasma tools utilize an internal glow-discharge plasma which creates a high density stream of reactive gas radicals. As the gas flows down out of the internal plasma zone, the high-energy species (ions and hot electrons) recombine in a few microseconds, and the gas cools rapidly. But the chemically active radicals created by the plasma are still present in the downstream gas flow. It is this stream of neutral but highly reactive radicals that react with the surface of your substrate to modify the surface, chemically. |

4935-7543-9001.v4

| Exemplary Claim 1 | Accused Products |
|---|---|
|  |  *See, e.g.*, https://set-na.com/pdfs/JNTE-2019-Grenoble-16_9.pdf at 5: |

4935-7543-9001.v4

| Exemplary Claim 1 | Accused Products |
|---|---|
| | **Cross Section of the Plasma Head**<br><br>SETNA/OES Proprietary<br><br>*Room Ambient*  Gas In<br><br>Contained Plasma Zone — Dielectric Liner<br><br>Ground Electrode — RF Electrode 13.56 MHz ~80 W<br><br>Substrate  Scan<br><br>Downstream active radicals<br>• cool gas (<100°C)<br>• no ions, no hot electrons.<br>• Laminar flow excludes atmosphere from process zone<br><br>*See, e.g.*, https://ontosplasma.com/wp-content/uploads/2024/09/Ontos-Brochure-v2.pdf at 2: |

| Exemplary Claim 1 | Accused Products |
| --- | --- |
| | **ONTOS/S** <br><br> • OEM Components for integration into customer equipment. <br> • Uniquely-designed atmospheric plasma system with 10mm, 25mm, 40mm or 105mm-wide standard process zone. The glow discharge-type plasma is entirely contained inside the source. <br> • The 13.56 MHz RF generator has a wide-range auto- tune matching network, system safety monitoring and computer control of forward and reflected power. <br> • Digital Mass Flow controllers provide precise digital control of gas flow to the plasma source. <br> • Designed for 24/7 operations <br> • Software Module. For integration into the buyer's equipment and PC (dedicated PC optional) <br><br> **FACILITIES REQUIRED:** <br> • Power: Single Phase, 110/240 VAC, 8/4A, 50/60Hz <br> • Gases: up to 6 channels of gas supply by 1/4" Teflon tubing; Swagelok compression fittings. (All gases are non-toxic, non-flammable.) <br> • Process Gases: Helium, Argon, Hydrogen, Nitrogen and Oxygen Optional Oxygen plasma configuration available upon request. |

| Exemplary Claim 1 | Accused Products |
|---|---|
|  | **Versatile Chemistry**<br><br>ONTOS *CLEAN* uses Helium or Argon as the carrier gas because of it's metastable energies. Customers can choose to introduce Oxygen (cleaning and activation), Hydrogen (oxide removal) or Nitrogen (cleaning and PASSIVATION) chemistry.<br><br>**Industry Leading Features:**<br><br>• Plasma head 25, 40, 150mm<br>• 300 mm dicing frame.<br>• Fleet of Gases<br>  (up to 6 MFC's)<br>    - Helium,<br>    - Hydrogenated Helium<br>    - Argon,<br>    - Hydrogenated Argon<br>    - Oxygen<br>    - Nitrogen<br><br>Pre/Post treatment analysis<br>• In-Situ Ellipsometry<br>• In-Situ Goniometry<br>• Heated Chuck<br>• Nitrogen environment<br>• O2 Cleaning |

4935-7543-9001.v4

| Exemplary Claim 1 | Accused Products |
|---|---|
| a power electrode disposed within the housing having a power electrode surface exposed to the laminar gas flow; a ground electrode disposed adjacent to the power electrode such that a ground electrode surface is closely spaced from the power electrode surface and the laminar gas flow is directed therebetween; | The Accused Products comprise the plasma source structure that includes an internal plasma-generation region (*e.g.*, "Contained Plasma Zone") that also includes a power electrode (*e.g.*, "RF Electrode") having a power electrode surface and a ground electrode (*e.g.*, "Ground Electrode") closely spaced from the RF electrode, supplied with radio frequency power (*e.g.*, "RF" at "13.56 MHz ~80W").  The gas flow moves along the plasma-generation region passing between the RF electrode and ground electrode as a "laminar flow."  The surface of the RF Electrode is exposed to the laminar flow.<br><br>*See, e.g.*, https://set-na.com/pdfs/JNTE-2019-Grenoble-16_9.pdf at 5:<br><br><br><br>*See, e.g.*, https://set-na.com/ontosis-oem/; *see also* https://set-na.com/ontos-clean/; https://ontosplasma.com/atmospheric-plasma/: |

4935-7543-9001.v4

| Exemplary Claim 1 | Accused Products |
|---|---|
| | Process Gas In — Gas Flow Chamber — RF Electrode — Internal Plasma — Aperture — **Downstream active radicals** Cool gas (<100°C), no ions, no hot electrons. |
| a power supply for delivering radio frequency power coupled to the power electrode and the ground electrode to ionize the laminar gas flow and produce the plasma comprising the reactive neutral species; and | The Accused Products comprise the plasma source structure that includes a power supply for delivering radio frequency power to the power electrode and the ground electrode (*e.g.*, "RF" at "13.56 MHz ~80W") to ionize the "laminar flow" and produce the plasma comprising the reactive neutral species (*e.g.*, "stream of neutral but highly reactive radicals").<br><br>*See, e.g.*, https://set-na.com/pdfs/JNTE-2019-Grenoble-16_9.pdf at 5: |

| Exemplary Claim 1 | Accused Products |
|---|---|
| | **Cross Section of the Plasma Head**<br><br>SETNA/OES Proprietary<br><br>*Room Ambient* — Gas In<br>Contained Plasma Zone<br>Dielectric Liner<br>RF Electrode 13.56 MHz ~80 W<br>Ground Electrode<br>Substrate — Scan<br>Downstream active radicals<br>• cool gas (<100°C)<br>• no ions, no hot electrons.<br>• Laminar flow excludes atmosphere from process zone<br><br>*See, e.g.,* https://set-na.com/ontosis-oem/; *see also* https://set-na.com/ontos-clean/; https://ontosplasma.com/atmospheric-plasma/:<br><br>Our atmospheric plasma tools utilize an internal glow-discharge plasma which creates a high density stream of reactive gas radicals. As the gas flows down out of the internal plasma zone, the high-energy species (ions and hot electrons) recombine in a few microseconds, and the gas cools rapidly. But the chemically active radicals created by the plasma are still present in the downstream gas flow. It is this stream of neutral but highly reactive radicals that react with the surface of your substrate to modify the surface, chemically. |

4935-7543-9001.v4

| Exemplary Claim 1 | Accused Products |
|---|---|
| | |
| a heater for heating at least one of the power electrode and the ground electrode as the laminar gas flow is directed between the power electrode surface and the ground electrode surface. | The Accused Products comprise the plasma source structure that includes a heating component that heats at least one of the electrodes as the laminar gas flow passes between the electrodes.<br><br>*See, e.g.*, https://ontosplasma.com/wp-content/uploads/2024/09/Ontos-Brochure-v2.pdf (showing "head temperature" control):<br><br>Ontos systems provides real-time monitoring and control of the forward and reflected power, the helium flow rate, the head temperature and three process gas flow rates.<br><br> |

4935-7543-9001.v4

| Exemplary Claim 1 | Accused Products |
|---|---|
|  | **Industry Leading Features:**<br><br>- Plasma head 25, 40, 150mm    Pre/Post treatment analysis<br>- 300 mm dicing frame.           - In-Situ Ellipsometry<br>- Fleet of Gases                  - In-Situ Goniometry<br>   (up to 6 MFC's)            - Heated Chuck<br>     - Helium,                 - Nitrogen environment<br>     - Hydrogenated Helium    - O2 Cleaning<br>     - Argon,<br>     - Hydrogenated Argon<br>     - Oxygen<br>     - Nitrogen |