# EXHIBIT 6

**Exhibit 6: Infringement of U.S. Patent No. 10,032,609**

| Exemplary Claim 1 | Accused Products |
|---|---|
| 1. A method, comprising the steps of: directing gas flow comprising helium or argon and one or more molecular gases from an inlet through a laminar flow path forming a laminar gas flow within a housing to an outlet for plasma comprising reactive neutral species; | Defendants practice the claimed method through their use, including by testing, of the Accused Products, which are all built with the same or substantially similar atmospheric plasma technology, including a plasma source structure, the use of which practices the steps of directing gas flow comprising helium or argon and one or more molecular gases through a path from an inlet for gas flow input (*e.g.*, "Gas Flow Chamber") forming a "laminar flow" within the housing of the plasma source structure to an outlet (*e.g.*, "Aperture") for plasma comprising reactive neutral species ("stream of neutral but highly reactive radicals").<br><br>*See, e.g.*, https://set-na.com/ontosis-oem/; *see also* https://set-na.com/ontos-clean/; https://ontosplasma.com/atmospheric-plasma/:<br><br>Our atmospheric plasma tools utilize an internal glow-discharge plasma which creates a high density stream of reactive gas radicals. As the gas flows down out of the internal plasma zone, the high-energy species (ions and hot electrons) recombine in a few microseconds, and the gas cools rapidly. But the chemically active radicals created by the plasma are still present in the downstream gas flow. It is this stream of neutral but highly reactive radicals that react with the surface of your substrate to modify the surface, chemically. |

| Exemplary Claim 1 | Accused Products |
|---|---|
|  | *See, e.g.*, https://set-na.com/pdfs/JNTE-2019-Grenoble-16_9.pdf at 5: |

4938-8103-3369.v1

| Exemplary Claim 1 | Accused Products |
|---|---|
| | <br><br>*See, e.g.*, https://ontosplasma.com/wp-content/uploads/2024/09/Ontos-Brochure-v2.pdf at 2: |

4938-8103-3369.v1

| Exemplary Claim 1 | Accused Products |
|---|---|
| | **ONTOS/S**<br><br>• OEM Components for integration into customer equipment.<br>• Uniquely-designed atmospheric plasma system with 10mm, 25mm, 40mm or 105mm-wide standard process zone. The glow discharge-type plasma is entirely contained inside the source.<br>• The 13.56 MHz RF generator has a wide-range auto- tune matching network, system safety monitoring and computer control of forward and reflected power.<br>• Digital Mass Flow controllers provide precise digital control of gas flow to the plasma source.<br>• Designed for 24/7 operations<br>• Software Module. For integration into the buyer's equipment and PC (dedicated PC optional)<br><br>**FACILITIES REQUIRED:**<br><br>• Power: Single Phase, 110/240 VAC, 8/4A, 50/60Hz<br>• Gases: up to 6 channels of gas supply by 1/4" Teflon tubing; Swagelok compression fittings. (All gases are non-toxic, non-flammable.)<br>• Process Gases: Helium, Argon, Hydrogen, Nitrogen and Oxygen Optional Oxygen plasma configuration available upon request. |

| Exemplary Claim 1 | Accused Products |
|---|---|
|  | **Versatile Chemistry**<br><br>ONTOS *CLEAN* uses Helium or Argon as the carrier gas because of it's metastable energies. Customers can choose to introduce Oxygen (cleaning and activation), Hydrogen (oxide removal) or Nitrogen (cleaning and PASSIVATION) chemistry.<br><br>**Industry Leading Features:**<br><br>• Plasma head 25, 40, 150mm<br>• 300 mm dicing frame.<br>• Fleet of Gases (up to 6 MFC's)<br>  - Helium,<br>  - Hydrogenated Helium<br>  - Argon,<br>  - Hydrogenated Argon<br>  - Oxygen<br>  - Nitrogen<br><br>Pre/Post treatment analysis<br>• In-Situ Ellipsometry<br>• In-Situ Goniometry<br>• Heated Chuck<br>• Nitrogen environment<br>• O2 Cleaning |
| directing the laminar gas flow within the housing between the surface of a powered electrode and the surface of a grounded electrode, the grounded electrode surface closely spaced from the powered electrode surface; | The method comprises directing the "laminar flow" within the housing between the surface of a powered electrode (*e.g.*, "RF Electrode" at "13.56 MHz ~80W") and the surface of a grounded electrode (*e.g.*, "Ground Electrode"), the grounded electrode surface closely spaced from the powered electrode surface.<br><br>*See, e.g.*, https://set-na.com/pdfs/JNTE-2019-Grenoble-16_9.pdf at 5: |

4938-8103-3369.v1

| Exemplary Claim 1 | Accused Products |
|---|---|
| | **Cross Section of the Plasma Head**<br><br>**SETNA/OES Proprietary**<br><br>*Room Ambient* — Gas In<br><br>Contained Plasma Zone — Dielectric Liner<br><br>Ground Electrode — RF Electrode 13.56 MHz ~80 W<br><br>Substrate — Scan<br><br>Downstream active radicals<br>• cool gas (<100°C)<br>• no ions, no hot electrons.<br>• Laminar flow excludes atmosphere from process zone |
| delivering radio frequency power coupled to the powered electrode and the grounded electrode from a power supply to ionize species in the laminar gas flow and produce the plasma comprising the reactive neutral species; | The method comprises delivering radio frequency power (*e.g.*, "RF" at "13.56 MHz ~80W") coupled to the powered electrode (*e.g.*, "RF Electrode") and the grounded electrode (*e.g.*, "Ground Electrode") from a power supply to ionize species in the "laminar flow" and produce the plasma comprising the reactive neutral species.<br><br>*See, e.g.*, https://set-na.com/pdfs/JNTE-2019-Grenoble-16_9.pdf at 5: |

| Exemplary Claim 1 | Accused Products |
|---|---|
| | See, e.g., https://set-na.com/ontosis-oem/; see also https://set-na.com/ontos-clean/; https://ontosplasma.com/atmospheric-plasma/:<br><br>Our atmospheric plasma tools utilize an internal glow-discharge plasma which creates a high density stream of reactive gas radicals. As the gas flows down out of the internal plasma zone, the high-energy species (ions and hot electrons) recombine in a few microseconds, and the gas cools rapidly. But the chemically active radicals created by the plasma are still present in the downstream gas flow. It is this stream of neutral but highly reactive radicals that react with the surface of your substrate to modify the surface, chemically. |

4938-8103-3369.v1

| Exemplary Claim 1 | Accused Products |
|---|---|
| | |
| heating at least one of the powered electrode and the grounded electrode as the laminar gas flow is directed between the powered electrode surface and the grounded electrode surface; and | The method comprises heating at least one of the powered electrode and the grounded electrode as the laminar gas flow is directed between the powered electrode surface and the grounded electrode surface.<br><br>*See, e.g.*, https://ontosplasma.com/wp-content/uploads/2024/09/Ontos-Brochure-v2.pdf (showing "head temperature" control):<br><br><br> |

| Exemplary Claim 1 | Accused Products |
|---|---|
| | **Industry Leading Features:**<br><br>- Plasma head 25, 40, 150mm<br>- 300 mm dicing frame.<br>- Fleet of Gases<br>  (up to 6 MFC's)<br>   - Helium,<br>   - Hydrogenated Helium<br>   - Argon,<br>   - Hydrogenated Argon<br>   - Oxygen<br>   - Nitrogen<br><br>Pre/Post treatment analysis<br>- In-Situ Ellipsometry<br>- In-Situ Goniometry<br>- Heated Chuck<br>- Nitrogen environment<br>- O2 Cleaning |
| directing the generated reactive neutral species from the outlet of the housing to a material surface that is not between the grounded electrode surface and the powered electrode surface. | The method comprises directing the generated reactive neutral species (*e.g.*, "stream of neutral but highly reactive radicals") from the outlet of the housing (*e.g.*, "aperture") to a material surface that is not between the grounded electrode surface and the powered electrode surface, and instead is placed external to the device.<br><br>*See, e.g.*, https://set-na.com/ontosis-oem/; *see also* https://set-na.com/ontos-clean/; https://ontosplasma.com/atmospheric-plasma/:<br>    Our atmospheric plasma tools utilize an internal glow-discharge plasma which creates a high density stream of reactive gas radicals. As the gas flows down out of the internal plasma zone, the high-energy species (ions and hot electrons) recombine in a few microseconds, and the gas cools rapidly. But the chemically active radicals created by the plasma are still present in the downstream gas flow. It is this stream of neutral but highly reactive radicals that react with the surface of your substrate to modify the surface, chemically. |

| Exemplary Claim 1 | Accused Products |
|---|---|
| | <br>*See, e.g.*, https://set-na.com/pdfs/JNTE-2019-Grenoble-16_9.pdf at 5: |

4938-8103-3369.v1

4938-8103-3369.v1