# EXHIBIT 7

**Exhibit 7: Infringement of U.S. Patent No. 10,800,092**

| Exemplary Claim 1 | Accused Products |
|---|---|
| 1. A method of cleaning a metal surface, comprising the steps of: | Defendants practice the claimed method through their use, including by testing, of the Accused Products, which are all built with the same or substantially similar atmospheric plasma technology, including a plasma source structure, the use of which practices the steps of cleaning a metal surface.<br><br>*See, e.g.*, https://set-na.com/pdfs/JNTE-2019-Grenoble-16_9.pdf at 4:<br><br>● Removal of metal oxide, ohmic interconnect.<br>● Surface passivation, adjust surface functional groups.<br>● Surface activation:<br>▪ Adhesive bonding, Adhesive assembly (epoxies, silicones, etc.)<br>▪ Metal-Metal bonding, Hybrid chip interconnects (Au, Pt, Cu, Sn…)<br>▪ Direct bonding, Solder-less, Adhesive-less assembly (fusion bonding).<br>▪ Surface wetting, Capillary wicking enhancement. |
| directing gas flow at atmospheric pressure comprising argon or helium and at least one molecular gas of O, N, H, F, C and S from an inlet through a laminar flow path within a housing to an outlet for plasma comprising reactive neutral species; | The method comprises directing gas flow at atmospheric pressure (*e.g.*, "Room Ambient") comprising argon or helium and at least one molecular gas of O, N, H, F, C and S from an inlet (*e.g.*, "Gas Flow Chamber") through a laminar flow path within a housing to an outlet (e.g., "Aperture") for plasma comprising reactive neutral species (*e.g.*, "stream of neutral but highly reactive radicals").<br><br>*See, e.g.*, https://set-na.com/pdfs/JNTE-2019-Grenoble-16_9.pdf at 5: |

| Exemplary Claim 1 | Accused Products |
|---|---|
|  | **Cross Section of the Plasma Head**<br><br>SETNA/OES Proprietary<br><br>*Room Ambient* — Gas In<br>Contained Plasma Zone — Dielectric Liner<br>Ground Electrode — RF Electrode 13.56 MHz ~80 W<br>Substrate — Scan<br>Downstream active radicals<br>• cool gas (<100°C)<br>• no ions, no hot electrons.<br>• Laminar flow excludes atmosphere from process zone<br><br>*See, e.g.,* https://set-na.com/ontosis-oem/; *see also* https://set-na.com/ontos-clean/; https://ontosplasma.com/atmospheric-plasma/:<br><br>Our atmospheric plasma tools utilize an internal glow-discharge plasma which creates a high density stream of reactive gas radicals. As the gas flows down out of the internal plasma zone, the high-energy species (ions and hot electrons) recombine in a few microseconds, and the gas cools rapidly. But the chemically active radicals created by the plasma are still present in the downstream gas flow. It is this stream of neutral but highly reactive radicals that react with the surface of your substrate to modify the surface, chemically. |

4925-0818-5241.v1

| Exemplary Claim 1 | Accused Products |
|---|---|
| | <br>*See, e.g.*, https://ontosplasma.com/wp-content/uploads/2024/09/Ontos-Brochure-v2.pdf at 2: |

| Exemplary Claim 1 | Accused Products |
|---|---|
|  | |

| Exemplary Claim 1 | Accused Products |
|---|---|
| | **Versatile Chemistry**<br>ONTOS *CLEAN* uses Helium or Argon as the carrier gas because of it's metastable energies. Customers can choose to introduce Oxygen (cleaning and activation), Hydrogen (oxide removal) or Nitrogen (cleaning and PASSIVATION) chemistry.<br><br>**Industry Leading Features:**<br><br>• Plasma head 25, 40, 150mm<br>• 300 mm dicing frame.<br>• Fleet of Gases<br>  (up to 6 MFC's)<br>   - Helium,<br>   - Hydrogenated Helium<br>   - Argon,<br>   - Hydrogenated Argon<br>   - Oxygen<br>   - Nitrogen<br><br>Pre/Post treatment analysis<br>• In-Situ Ellipsometry<br>• In-Situ Goniometry<br>• Heated Chuck<br>• Nitrogen environment<br>• O2 Cleaning |
| directing the laminar gas flow within the housing between a surface of a powered electrode and a surface of a grounded electrode, the grounded electrode surface closely spaced from the powered electrode surface; | The method comprises directing the "laminar flow" within the housing between the surface of a powered electrode (*e.g.*, "RF Electrode" at "13.56 MHz ~80W") and the surface of a grounded electrode (*e.g.*, "Ground Electrode"), the grounded electrode surface closely spaced from the powered electrode surface.<br><br>*See, e.g.*, https://set-na.com/pdfs/JNTE-2019-Grenoble-16_9.pdf at 5: |

4925-0818-5241.v1

| Exemplary Claim 1 | Accused Products |
|---|---|
| | |
| delivering radio frequency power coupled to the powered electrode and the grounded electrode from a power supply to ionize species in the laminar gas flow and produce the plasma comprising the reactive neutral species; and | The method comprises delivering radio frequency power (*e.g.*, "RF" at "13.56 MHz ~80W") coupled to the powered electrode and the grounded electrode from a power supply to ionize species in the "laminar flow" and produce the plasma comprising the reactive neutral species. <br><br> *See, e.g.*, https://set-na.com/pdfs/JNTE-2019-Grenoble-16_9.pdf at 5: |

| Exemplary Claim 1 | Accused Products |
|---|---|
| | *See, e.g.,* https://set-na.com/ontosis-oem/; *see also* https://set-na.com/ontos-clean/; https://ontosplasma.com/atmospheric-plasma/: Our atmospheric plasma tools utilize an internal glow-discharge plasma which creates a high density stream of reactive gas radicals. As the gas flows down out of the internal plasma zone, the high-energy species (ions and hot electrons) recombine in a few microseconds, and the gas cools rapidly. But the chemically active radicals created by the plasma are still present in the downstream gas flow. It is this stream of neutral but highly reactive radicals that react with the surface of your substrate to modify the surface, chemically. |

| Exemplary Claim 1 | Accused Products |
|---|---|
| | |
| directing the generated reactive neutral species from the outlet to the metal surface. | The method comprises directing the generated reactive neutral species (*e.g.*, "stream of neutral but highly reactive radicals") from the outlet of the housing (*e.g.*, "aperture") to the metal surface (*e.g.*, "Substrate" surface).<br><br>*See, e.g.*, https://set-na.com/ontosis-oem/; *see also* https://set-na.com/ontos-clean/; https://ontosplasma.com/atmospheric-plasma/:<br><br>Our atmospheric plasma tools utilize an internal glow-discharge plasma which creates a high density stream of reactive gas radicals. As the gas flows down out of the internal plasma zone, the high-energy species (ions and hot electrons) recombine in a few microseconds, and the gas cools rapidly. But the chemically active radicals created by the plasma are still present in the downstream gas flow. It is this stream of neutral but highly reactive radicals that react with the surface of your substrate to modify the surface, chemically.<br><br><br><br>*See, e.g.*, https://set-na.com/pdfs/JNTE-2019-Grenoble-16_9.pdf at 5: |

| Exemplary Claim 1 | Accused Products |
|---|---|
|  | |

4925-0818-5241.v1