# EXHIBIT 8

**Exhibit 8: Infringement of U.S. Patent No. 11,518,082**

| Exemplary Claim 1 | Accused Products |
|---|---|
| 1. A method for producing an atmospheric pressure plasma, comprising: | Defendants practice the claimed method through their use, including by testing, of the Accused Products, which are all built with the same or substantially similar atmospheric plasma technology, including a plasma source structure, the use of which practices the steps of producing an atmospheric pressure (*e.g.*, "Room Ambient") plasma. <br><br> *See, e.g.*, https://set-na.com/pdfs/JNTE-2019-Grenoble-16_9.pdf at 5: <br><br> |
| providing a housing having an inlet for gas flow comprising argon or helium and | The method comprises providing a housing having an inlet for gas flow (*e.g.*, "Gas Flow Chamber") comprising argon or helium and one or more molecular gases, a flow path |

| Exemplary Claim 1 | Accused Products |
|---|---|
| one or more molecular gases, a flow path within the housing for directing the gas flow to become laminar, and an outlet for plasma produced from the gas flow comprising reactive neutral species in the laminar gas flow to exit from the housing and contact a substrate placed a distance downstream; | within the housing for directing the gas flow to become laminar (*e.g.*, "laminar flow"), and an outlet (*e.g.*, "Aperture") for plasma produced from the gas flow comprising reactive neutral species in the laminar gas flow (*e.g.*, "stream of neutral but highly reactive radicals") to exit from the housing and contact a substrate placed a distance downstream.<br><br>*See, e.g.*, https://set-na.com/ontosis-oem/; *see also* https://set-na.com/ontos-clean/; https://ontosplasma.com/atmospheric-plasma/:<br><br>Our atmospheric plasma tools utilize an internal glow-discharge plasma which creates a high density stream of reactive gas radicals. As the gas flows down out of the internal plasma zone, the high-energy species (ions and hot electrons) recombine in a few microseconds, and the gas cools rapidly. But the chemically active radicals created by the plasma are still present in the downstream gas flow. It is this stream of neutral but highly reactive radicals that react with the surface of your substrate to modify the surface, chemically. |

| Exemplary Claim 1 | Accused Products |
|---|---|
|  |  *See, e.g.,* https://set-na.com/pdfs/JNTE-2019-Grenoble-16_9.pdf at 5: |

| Exemplary Claim 1 | Accused Products |
|---|---|
| | <br><br>*See, e.g.*, https://ontosplasma.com/wp-content/uploads/2024/09/Ontos-Brochure-v2.pdf at 2 (highlights added): |

| Exemplary Claim 1 | Accused Products |
|---|---|
|  | |

**ONTOS**/*IS*

- OEM Components for integration into customer equipment.
- Uniquely-designed atmospheric plasma system with 10mm, 25mm, 40mm or 105mm-wide standard process zone. The glow discharge-type plasma is entirely contained inside the source.
- The 13.56 MHz RF generator has a wide-range auto- tune matching network, system safety monitoring and computer control of forward and reflected power.
- Digital Mass Flow controllers provide precise digital control of gas flow to the plasma source.
- Designed for 24/7 operations
- Software Module. For integration into the buyer's equipment and PC (dedicated PC optional)

**FACILITIES REQUIRED:**

- Power: Single Phase, 110/240 VAC, 8/4A, 50/60Hz
- Gases: up to 6 channels of gas supply by 1/4" Teflon tubing; Swagelok compression fittings. (All gases are non-toxic, non-flammable.)
- Process Gases: Helium, Argon, Hydrogen, Nitrogen and Oxygen Optional Oxygen plasma configuration available upon request.

| Exemplary Claim 1 | Accused Products |
|---|---|
| | **Versatile Chemistry**<br><br>ONTOS *CLEAN* uses Helium or Argon as the carrier gas because of it's metastable energies. Customers can choose to introduce Oxygen (cleaning and activation), Hydrogen (oxide removal) or Nitrogen (cleaning and PASSIVATION) chemistry.<br><br>**Industry Leading Features:**<br><br>- Plasma head 25, 40, 150mm<br>- 300 mm dicing frame.<br>- Fleet of Gases (up to 6 MFC's)<br>  - Helium,<br>  - Hydrogenated Helium<br>  - Argon,<br>  - Hydrogenated Argon<br>  - Oxygen<br>  - Nitrogen<br><br>Pre/Post treatment analysis<br>- In-Situ Ellipsometry<br>- In-Situ Goniometry<br>- Heated Chuck<br>- Nitrogen environment<br>- O2 Cleaning |
| providing a powered electrode disposed within the housing having a powered electrode surface proximate to the laminar gas flow; providing a grounded electrode disposed adjacent to the powered electrode such that a grounded electrode surface is closely spaced from the powered electrode surface and the laminar gas flow is directed therebetween; | The method comprises providing a powered electrode (*e.g.*, "RF Electrode" at "13.56 MHz ~80W") within the housing having a powered electrode surface proximate to the laminar gas flow and a grounded electrode (*e.g.*, "Ground Electrode") disposed adjacent to the powered electrode such that a grounded electrode surface is closely spaced from the powered electrode surface and the laminar gas flow is directed therebetween (*e.g.*, in the "Contained Plasma Zone").<br><br>*See, e.g.*, https://set-na.com/pdfs/JNTE-2019-Grenoble-16_9.pdf at 5: |

| Exemplary Claim 1 | Accused Products |
|---|---|
|  | **Cross Section of the Plasma Head**<br><br>SETNA/OES Proprietary<br><br>*Room Ambient* — Gas In<br><br>Contained Plasma Zone — Dielectric Liner<br><br>Ground Electrode — RF Electrode 13.56 MHz ~80 W<br><br>Substrate — Scan<br><br>Downstream active radicals<br>• cool gas (<100°C)<br>• no ions, no hot electrons.<br>• Laminar flow excludes atmosphere from process zone |
| providing a power supply for delivering radio frequency power coupled to the powered electrode and the grounded electrode to ionize the laminar gas flow and produce the plasma comprising the reactive neutral species; and | The method comprises providing a power supply for delivering radio frequency power to the power electrode and the ground electrode (*e.g.*, "RF" at "13.56 MHz ~80W") to ionize the "laminar flow" and produce the plasma comprising the reactive neutral species (*e.g.*, "stream of neutral but highly reactive radicals").<br><br>*See, e.g.*, https://set-na.com/pdfs/JNTE-2019-Grenoble-16_9.pdf at 5: |

| Exemplary Claim 1 | Accused Products |
|---|---|
|  | **Cross Section of the Plasma Head**<br><br>**SETNA/OES Proprietary**<br><br>*Room Ambient* — Gas In<br>Contained Plasma Zone — Dielectric Liner<br>— RF Electrode 13.56 MHz ~80 W<br>Ground Electrode<br>Substrate — Scan<br>Downstream active radicals<br>• cool gas (<100°C)<br>• no ions, no hot electrons.<br>• Laminar flow excludes atmosphere from process zone<br><br>*See, e.g.,* https://set-na.com/ontosis-oem/; *see also* https://set-na.com/ontos-clean/; https://ontosplasma.com/atmospheric-plasma/:<br><br>Our atmospheric plasma tools utilize an internal glow-discharge plasma which creates a high density stream of reactive gas radicals. As the gas flows down out of the internal plasma zone, the high-energy species (ions and hot electrons) recombine in a few microseconds, and the gas cools rapidly. But the chemically active radicals created by the plasma are still present in the downstream gas flow. It is this stream of neutral but highly reactive radicals that react with the surface of your substrate to modify the surface, chemically. |

| Exemplary Claim 1 | Accused Products |
|---|---|
|  |  |
| circulating a fluid through a hollow space in at least one of the powered electrode and the grounded electrode, thereby maintaining a uniform temperature across the housing. | The method comprises circulating a fluid through a hollow space in at least one of the powered electrode and the grounded electrode, thereby maintaining a uniform temperature across the housing.<br><br>*See, e.g.*, https://ontosplasma.com/wp-content/uploads/2024/09/Ontos-Brochure-v2.pdf (showing "head temperature" control):<br><br>Ontos systems provides real-time monitoring and control of the forward and reflected power, the helium flow rate, the head temperature and three process gas flow rates.<br><br> |

| Exemplary Claim 1 | Accused Products |
|---|---|
|  | **Industry Leading Features:** <br><br> - Plasma head 25, 40, 150mm <br> - 300 mm dicing frame. <br> - Fleet of Gases <br>   (up to 6 MFC's) <br>    - Helium, <br>    - Hydrogenated Helium <br>    - Argon, <br>    - Hydrogenated Argon <br>    - Oxygen <br>    - Nitrogen <br><br> Pre/Post treatment analysis <br> - In-Situ Ellipsometry <br> - In-Situ Goniometry <br> - Heated Chuck <br> - Nitrogen environment <br> - O2 Cleaning |